JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT HORATIO SIMMONS,<br><br>  Plaintiff,<br><br>  v.<br><br>TERI SCHWARTZ,<br><br>  Defendant. | Case No. CV 14-1252-JFW (JEM)<br><br>**JUDGMENT** |

  In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith.

  IT IS HEREBY ADJUDGED that this action is dismissed with prejudice as to Plaintiff's damages claims under federal law and without prejudice as to his state law damages claims and his claims for equitable relief.

DATED: April 8, 2014

  /s/ John F. Walter
  JOHN F. WALTER
  UNITED STATES DISTRICT JUDGE

3